# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Taphia Williams, et al.
                                 Plaintiff,

v.                                          Case No.: 1:18–cv–01456
                                                    Honorable Harry D. Leinenweber

Tom Dart, et al.
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 15, 2018:

       MINUTE entry before the Honorable Harry D. Leinenweber: Ruling on motion hearing held. Defendant's second motion to dismiss [48] is withdrawn without prejudice to leave to re–file on 11/26/18, response by 1/4/19, reply by 1/11/19. Status hearing/ruling is set for 2/20/19 at 9:00 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.