# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

July 23, 2020

| Before: | MICHAEL S. KANNE, Circuit Judge<br>DIANE P. WOOD, Circuit Judge<br>DAVID F. HAMILTON, Circuit Judge |

| No. 19-2108 | TAPHIA WILLIAMS, et al., individually and on behalf of those similarly situated,<br>Plaintiffs - Appellants<br><br>v.<br><br>THOMAS J. DART, Cook County Sheriff, et al.,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 1:18-cv-01456<br>Northern District of Illinois, Eastern Division<br>District Judge Harry D. Leinenweber |

The district court's judgment of dismissal is **AFFIRMED** as to plaintiffs' due process claims. The judgment is otherwise **REVERSED** and the case is **REMANDED** for further proceedings consistent with this opinion.

The above is in accordance with the decision of this court entered on this date. Each side to bear its own costs.

form name: c7_FinalJudgment(form ID: 132)

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit